UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CRISTIAN GONZALEZ CERON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>BRYAN BIRKHOLZ,<br><br>　　　　Respondent. | Case No. 2:24-cv-05604-HDV-JDE<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　Under 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus by Person in Federal Custody Under 28 U.S.C. § 2241 (Dkt. 1 "Petition"), Respondent's Answer (Dkt. 8) and Supplement (Dkt. 11), and the Report and Recommendation of the United States Magistrate Judge (Dkt. 15, "Report"). No party filed a timely objection to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

　　IT IS THEREFORE ORDERED THAT Judgment shall be entered denying the Petition and dismissing this action with prejudice.

Dated: 01/24/25

　　　　　　　　　　　　　　　　　　HERNÁN D. VERA
　　　　　　　　　　　　　　　　　　United States District Judge