UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CRISTIAN GONZALEZ CERON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>BRYAN BIRKHOLZ,<br><br>　　　　Respondent. | Case No. 2:24-cv-05604-HDV-JDE<br><br>JUDGMENT |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, and DECREED that the Petition is denied, and this action is dismissed with prejudice.

Dated: 01/24/25

　　　　　　　　　　　　　　　　　HERNÁN D. VERA
　　　　　　　　　　　　　　　　　United States District Judge